**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**JACKSON DIVISION**

**ELSTER J. PONTHIEUX**                                                                                   **PLAINTIFF**

**VS.**                                                               **CIVIL ACTION NO.: 3:06CV94WHB-LRA**

**QUINCY TAYLOR**                                                                                        **DEFENDANT**

### ORDER

This cause came to be heard upon the Report and Recommendation of United States Magistrate Judge, after referral of hearing by this Court, and the Court, having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause on or about June 13, 2007, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, entered on or about June 13, 2007, be, and the same is hereby, adopted as the finding of this Court, and the Complaint filed by Elster J. Ponthieux is dismissed with prejudice.

A separate judgment will be entered dismissing this cause of action with prejudice.

SO ORDERED this the 30th day of July, 2007.

s/William H. Barbour, Jr.
UNITED STATES DISTRICT JUDGE